UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN D. CLARK, SR., <br><br> Plaintiff, <br><br> vs. <br><br> CRYSTAL JOHNSON, MINNEHAHA COUNTY, SECOND JUDICIAL CIRCUIT COURTHOUSE, CITY OF SIOUX FALLS, <br><br> Defendants. | 4:16-CV-04025-KES <br><br><br> JUDGMENT |

Pursuant to the Order Dismissing the Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Jonathan D. Clark, Sr.

Dated March 21, 2016.

BY THE COURT:
/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE